IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JON C. SPRAUVE,                    )
                                   )
            Plaintiff,             )
                                   )
   v.                              )    1:25-cv-301
                                   )
UNKNOWN OFFICIAL AT DURHAM         )
COUNTY DETENTION CENTER,           )
                                   )
            Defendants.            )
```

## ORDER

On April 28, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $405.00 filing fee.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 20th day of June, 2025.

_____
United States District Judge